IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **MIKAYLA AVERY,** § | |
| § | |
| **Plaintiff,** § | |
| § | Civil Action No. 3:20-cv-02168 |
| **v.** § | ECF |
| § | |
| **ARCHIVAL MAGAZINE, LLC,** § | |
| **ARCHIVAL INSTITUTE, LLC,** § | |
| **THE GARZA LEGAL GROUP, GARZA** § | |
| **& HARRIS, LTD, and JOE B. GARZA** § | |
| § | |
| **Defendants.** § | |

## CERTIFICATE OF INTERESTED PARTIES

The following have an interest in the outcome of this case:

1. Mikayla Avery, c/o Wiley Walsh, P.C., 1011 San Jacinto Blvd., Ste. 401 Austin, TX 78701.

2. Colin Walsh, Wiley Walsh, P.C., 1011 San Jacinto Blvd., Ste. 401 Austin, TX 78701.

3. Robert J. Wiley, Rob Wiley, P.C., 2613 Thomas Ave., Dallas, TX 75204

4. Archival Institute, Archival Magazine, The Garza Legal Group, Garza & Harris, and Joe B. Garza, all represented by Tracy Graves Wolf, Lewis Brisbois, 2100 Ross Ave., Ste. 2000, Dallas, TX 75201

Respectfully submitted,
WILEY WALSH, P.C.

By: */s/ Colin Walsh*
Colin Walsh
Texas Bar No. 24079538
*Board Certified Specialist, Texas Board of Legal Specialization, Labor and Employment Law*

WILEY WALSH, P.C.
1011 San Jacinto Blvd., Ste. 401

        Austin, TX 78701
        Telephone: (512) 27-5527
        Facsimile: (512) 201-1263
        colin@wileywalsh.com
        **ATTORNEY FOR PLAINTIFF**