AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для
Northern District of Texas

| Avery | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:20-cv-02168-N |
| | ) |
| Archival Magazine LLC et al | ) |
| *Defendant* | ) |

## Summons in a Civil Action

**TO:** Archival Institute LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Colin Walsh
1011 San Jacinto Blvd
Suite 401
Austin , TX 78701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

DATE: 08/14/2020

CTH 4/18/20 @ 1:50pm

Civil Action No. 3:20-cv-02168-N

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) __ARCHIVAL INSTITUTE, LLC__
was received by me on (date) __9/18/20 @ 1:50 pm__.

☒ I personally served the summons on the individual at (place) __to Employee at the business address 11300 N. Central Expy., Ste 200, Dallas TX 75243__ on (date) __11/10/20 @ 2:20 PM__; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____, who is designated by law to accept service of process on behalf of (name of organization) _____ on (date) _____; or

☐ I returned the summons unexecuted because _____; or

☐ other (specify) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: __11/10/20__

_Richard Sizemore_
Server's signature

_Richard Sizemore_
Printed name and title

819 W Arapaho Rd Ste 24B-163
Richardson, TX 75080
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

Avery )
_Plaintiff_ )
v. ) Civil Action No. 3:20-cv-02168-N
)
Archival Magazine LLC et al )
_Defendant_ )
)

## Summons in a Civil Action

**TO:** Archival Magazine LLC

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Colin Walsh
1011 San Jacinto Blvd
Suite 401
Austin , TX 78701

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

DATE: 08/14/2020

_Signature of Clerk or Deputy Clerk_

CTH  9/18/20 @ 11:50pm

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:20-cv-02168-N

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ARCHIVAL MAGAZINE, LLC
was received by me on *(date)* 9/18/20 @ 1:50 PM

☒ I personally served the summons on the individual at *(place)* Employee at business address 11300 N. Central Expy, Ste 200, Dallas, TX 75243 on *(date)* 11/10/20 @ 2:20 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ other *(specify)* _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 11/10/20

*Richard Sizemore*
Server's signature

Richard Sizemore
Printed name and title

819 W Arapaho Rd Ste 24B-163
Richardson, TX 75080
Server's address

Additional information regarding attempted service, etc: