

Colin Walsh <colin@wileywalsh.com>

---

## Avery v. Archival Magazine, No. 3:20-cv-2168-N
7 messages

---

**Colin Walsh** <colin@wileywalsh.com>  Fri, Aug 14, 2020 at 2:48 PM
To: "Wolf, Tracy" <Tracy.Wolf@lewisbrisbois.com>, "Sedge, Brent" <Brent.Sedge@lewisbrisbois.com>

Ms. Wolf please find attached the lawsuit that was filed earlier today along with requests for waiver of service for each of the named defendants. Please fill out and return the Waiver for each defendant within 30 of this email. Let me know if you have any questions.

Sincerely,
**Colin Walsh**
Trial Attorney
Wiley Walsh, P.C.
1011 San Jacinto Blvd., Suite 401
Austin, Texas 78701

Website | Bio | E-mail | T: (512) 271-5527 F: (512) 201-1263 Direct: (214) 389-5588



Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the intended recipient. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you

---

**8 attachments**

 **SummonsWaiver.pdf**
10K

 **Waiver - Archival Institute.pdf**
58K

**Waiver - Garza Legal Group.pdf**
59K

**Waiver - Archival Magazine.pdf**
58K

**Waiver - Garza and Harris.pdf**
58K

**Waiver - Joe Garza.pdf**
58K

**1-main.pdf**
371K

**EXHIBIT A**


1-1.pdf
1149K

---

**Wolf, Tracy** <Tracy.Wolf@lewisbrisbois.com>　　　　　　　　　　　　　　　　　Fri, Aug 14, 2020 at 4:56 PM
To: Colin Walsh <colin@wileywalsh.com>, "Sedge, Brent" <Brent.Sedge@lewisbrisbois.com>

Hi Colin—

We will forward this along to the Defendants. I do not know if they will authorize to act.

Have a good weekend.

Tracy



**Tracy Graves Wolf**

**Partner | Vice Chair, Employment and Labor Practice**

**Board Certified by the Texas Board of Legal Specialization | Labor & Employment**
Tracy.Wolf@lewisbrisbois.com

**T: 972.638.8672   F: 214.722.7111   C: 903.238.3888**

2100 Ross Avenue, Suite 2000, Dallas, Texas 75201  |  LewisBrisbois.com

**Representing clients from coast to coast. View our locations nationwide.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

---

**From:** Colin Walsh <colin@wileywalsh.com>
**Sent:** Friday, August 14, 2020 12:49 PM
**To:** Wolf, Tracy <Tracy.Wolf@lewisbrisbois.com>; Sedge, Brent <Brent.Sedge@lewisbrisbois.com>
**Subject:** [EXT] Avery v. Archival Magazine, No. 3:20-cv-2168-N

External Email

[Quoted text hidden]

---

**Colin Walsh** <colin@wileywalsh.com>　　　　　　　　　　　　　　　　　　　　Fri, Aug 14, 2020 at 5:15 PM

       **Colin Walsh &lt;colin@wileywalsh.com&gt;**

## Service of process in Dallas
2 messages

**Colin Walsh** &lt;colin@wileywalsh.com&gt;      Fri, Sep 18, 2020 at 1:35 PM
To: McMichael Dana &lt;assuredcivilprocessagency@yahoo.com&gt;

Can you please serve these summons. I believe all of them can be served at the same address, but to different people at that address. Please see the complaint for more information.

Sincerely,

**Colin Walsh**
Trial Attorney
Wiley Walsh, P.C.
1011 San Jacinto Blvd., Suite 401
Austin, Texas 78701

Website | Bio | E-mail | T: (512) 271-5527   F: (512) 201-1263   Direct: (214) 389-5588



Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the intended recipient. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you

**2 attachments**

 **5 - summons issued.pdf**
199K

 **1-main.pdf**
371K

**McMichael Dana** &lt;assuredcivilprocessagency@yahoo.com&gt;      Fri, Sep 18, 2020 at 1:40 PM
Reply-To: McMichael Dana &lt;assuredcivilprocessagency@yahoo.com&gt;
To: Colin Walsh &lt;colin@wileywalsh.com&gt;

Got 'em. Thanks. We will get these out for service right away.

Have a blessed weekend!

**EXHIBIT B**

**Dana McMichael**
**ASSURED CIVIL PROCESS AGENCY**
**5926 BALCONES DRIVE, SUITE 290**
**AUSTIN, TX 78731**
**(512) 477-2681**
**(512) 477-6526 (Fax)**
**http://www.assuredcivilprocessagency.com**
**assuredcivilprocessagency@yahoo.com**

[Quoted text hidden]





# Franchise Tax Account Status
As of : 11/20/2020 13:39:32

This page is valid for most business transactions but is not sufficient for filings with the Secretary of State

| GARZA LEGAL GROUP, PLLC | |
|---|---|
| Texas Taxpayer Number | 32066539019 |
| Mailing Address | 11300 N CENTRAL EXPY STE 200 DALLAS, TX 75243-6731 |
| ❓ Right to Transact Business in Texas | ACTIVE |
| State of Formation | TX |
| Effective SOS Registration Date | 03/14/2018 |
| Texas SOS File Number | 0802961753 |
| Registered Agent Name | JOE GARZA |
| Registered Office Street Address | 13155 NOEL ROAD SUITE 2300 DALLAS, TX 75240 |

```
EXHIBIT
   C
```





# Franchise Tax Account Status
As of : 11/20/2020 13:40:22

**This page is valid for most business transactions but is not sufficient for filings with the Secretary of State**

|  |  |
|---|---|
| **GARZA & HARRIS, LTD.** ||
| Texas Taxpayer Number | 32035312522 |
| Mailing Address | 11300 N CENTRAL EXPY STE 200 DALLAS, TX 75243-6731 |
| ❓ Right to Transact Business in Texas | ACTIVE |
| State of Formation | TX |
| Effective SOS Registration Date | 10/19/2005 |
| Texas SOS File Number | 0800559435 |
| Registered Agent Name | JOE B GARZA |
| Registered Office Street Address | 13155 NOEL RD SUITE 2300 DALLAS, TX 75240 |

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| Avery | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:20-cv-02168-N |
| Archival Magazine LLC et al | ) |
| *Defendant* | ) |

## Summons in a Civil Action

TO: Joe B Garza

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Colin Walsh
1011 San Jacinto Blvd
Suite 401
Austin , TX 78701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

DATE: 08/14/2020

Signature of Clerk or Deputy Clerk

EXHIBIT D

UNITED STATES DISTRICT COURT
or the Northern District of Texas

AVERY
Plaintiff

v.

ARCHIVAL MAGAZINE LLC et al
Defendant

Civil Action No. 3:20-cv-02168-N

## NON SERVICE AFFIDAVIT

Came to hand: 9 / 18 / 2020, at 1:50 o'clock P.M.

☒ Summons in a Civil Action

Executed on: __ / __ / 2020, at _____ o'clock __ .M.

Not Executed:: On 9/22/20 Attorney JOE B. GARZA office could not be found at: 13155 NOEL RD., STE #2300, DALLAS TX 75240. Suite are now "WORKSUITES DALLAS OFFICE SPACE"; Virtual offices for on demand use. Second address: 11300 N. CENTRAL EXPY, STE. 200, DALLAS TX 75243. Office locked and name on door "ARICHIVAL INSTITUTE LLC. No one answered: 10/20/20@ 2:50pm; 10/21/20@ 11:00a.m; 11/3/20@ 10:00a.m; 11/10/21/20@ 2:18p.m; a white haired man said go away, no one is in the office, we closed. Would not answer any questions about Mr. Garza Esq. Building management leasing office verified Ste.# 200 is ARCHIVAL INSTITUTE, LLC. Per attorney close out.

I am over the age of 18; and I am not a party to nor interested in the outcome of the above styled and numbered suit.

Authorized person: Stephanie Sizemore
Assured Civil Process Agency
5926 Balcones, Ste. 290, Austin, TX 78731

STATE OF TEXAS }

### VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct. Given under my hand and seal of office on this the 11th day of November, 2020.

KIMBERLY SWEET
Notary Public, State of Texas
Comm. Expires 02-21-2022
Notary ID 125591313

Notary Public

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| Avery | ) |
|---|---|
| _Plaintiff_ | ) |
| v. | ) Civil Action No. 3:20-cv-02168-N |
| Archival Magazine LLC et al | ) |
| _Defendant_ | ) |

## Summons in a Civil Action

TO: Garza & Harris LTD

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Colin Walsh
1011 San Jacinto Blvd
Suite 401
Austin , TX 78701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_

DATE: 08/14/2020

UNITED STATES DISTRICT COURT
or the Northern District of Texas

| | | |
|---|---|---|
| **AVERY**<br>Plaintiff | § § § | |
| v. | § § § § | Civil Action No. 3:20-cv-02168-N |
| **ARCHIVAL MAGAZINE LLC et al**<br>Defendant | | |

## NON SERVICE AFFIDAVIT

Came to hand: 9 / 18 / 2020, at 1:50 o'clock P .M.

☒ Summons in a Civil Action

Executed on: ___ / ___ / 2020, at _____ o'clock __.M.

Not Executed:: On 9/22/20 GARZA & HARRIS LTD and its' Registered agent, JOE B. GARZA Esq. office could not be found at: 13155 NOEL RD., STE #2300, DALLAS TX 75240. Suite are now "WORKSUITES DALLAS OFFICE SPACE"; Virtual offices for on demand use. Second address: 11300 N. CENTRAL EXPY, STE. 200, DALLAS TX 75243. Office locked and name on door "ARICHIVAL INSTITUTE LLC. No one answered: 10/20/20@ 2:50pm; 10/21/20@ 11:00a.m; 11/3/20@ 10:00a.m; 11/10/21/20@ 2:18p.m;  a white haired man said go away, no one is in the office, we closed. Would not answer any questions about the law firm nor  Mr. Garza Esq. Building management leasing office verified Ste.# 200 is ARCHIVAL INSTITUTE, LLC. Per attorney close out.

I am over the age of 18; and I am not a party to nor interested in the outcome of the above styled and numbered suit.

_____
Authorized person: Stephanie Sizemore
Assured Civil Process Agency
5926 Balcones, Ste. 290, Austin, TX 78731

**STATE OF TEXAS** }

### VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct. Given under my hand and seal of office on this the 11th day of November, 2020.

KIMBERLY SWEET
Notary Public, State of Texas
Comm. Expires 02-21-2022
Notary ID 125591313

_____
Notary Public:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| Avery <br> *Plaintiff* <br> v. <br> Archival Magazine LLC et al <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No. 3:20-cv-02168-N |

## Summons in a Civil Action

**TO:** The Garza Legal Group

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Colin Walsh
1011 San Jacinto Blvd
Suite 401
Austin, TX 78701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

DATE: 08/14/2020

*Signature of Clerk or Deputy Clerk*

CTH 9/18/20 @ 1:50PM

UNITED STATES DISTRICT COURT
or the Northern District of Texas

| | |
|---|---|
| **AVERY**<br>Plaintiff<br><br>v.<br><br>**ARCHIVAL MAGAZINE LLC et al**<br>Defendant | §<br>§<br>§<br>§<br>§<br>§<br>§<br><br>Civil Action No. 3:20-cv-02168-N |

## NON SERVICE AFFIDAVIT

Came to hand: __9__ / __18__ / __2020__, at __1:50__ o'clock __P__.M.

☒ Summons in a Civil Action

Executed on: ____ / ____ / 2020, at _____ o'clock ___.M.

Not Executed:: On 9/22/20 THE GARZA LEGAL GROUP and its' Registered agent, JOE B. GARZA Esq. office could not be found at: 13155 NOEL RD., STE #2300, DALLAS TX 75240. Suite are now "WORKSUITES DALLAS OFFICE SPACE"; Virtual offices for on demand use. Second address: 11300 N. CENTRAL EXPY. STE. 200, DALLAS TX 75243. Office locked and name on door "ARICHIVAL INSTITUTE LLC. No one answered: 10/20/20@ 2:50pm; 10/21/20@ 11:00a.m; 11/3/20@ 10:00a.m; 11/10/21/20@ 2:18p.m; a white haired man said go away, no one is in the office, we closed. Would not answer any questions about the law firm nor Mr. Garza Esq. Building management leasing office verified Ste.# 200 is ARCHIVAL INSTITUTE, LLC. Per attorney close out.

I am over the age of 18; and I am not a party to nor interested in the outcome of the above styled and numbered suit.

_____
Authorized person: Stephanie Sizemore
Assured Civil Process Agency
5926 Balcones, Ste. 290, Austin, TX 78731

**STATE OF TEXAS** }

## VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct. Given under my hand and seal of office on this the __11th__ day of November, 2020.

KIMBERLY SWEET
Notary Public, State of Texas
Comm. Expires 02-21-2022
Notary ID 125591313

_____
Notary Public:

**From:** Joe Garza  
**Subject:** Re: Contact Info Lance KAPLAN  
**Date:** October 23, 2015 at 11:40 AM  
**To:** Shannon Niehus  
**Cc:** Mike Knapp, Dan Dawson

Thx again

Joe Garza  
13155 Noel Rd  
Suite 2300  
Dallas TX 75240

214-373-3300 Office

On Oct 23, 2015, at 11:20 AM, Shannon Niehus >> wrote:

New York Video/Photo  
C.

Lance is going to work the conference Sat with a second cam operator and he will e-connect us to a photographer for Friday night cocktail reception.

--  
Niehus Art Firm, LLC  
Archival Magazine

office  
214.526.4700

fax  
214.526.4703

**EXHIBIT E**