IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MIKAYLA AVERY, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> ARCHIVAL MAGAZINE, LLC, § <br> ARCHIVAL INSTITUTE, LLC, § <br> THE GARZA LEGAL GROUP, GARZA § <br> & HARRIS, LTD, and JOE B. GARZA § <br> § <br> Defendants. § | Civil Action No. 3:20-cv-2168-N <br> ECF |

ORDER AUTHORIZING SUBSTITUTED SERVICE ON THE GARZA DEFENDANTS

ON THIS DAY came to be considered Plaintiff's Motion for Substituted Service on the Garza Defendants. After consideration of Plaintiff's motion, it is the opinion of this Court that Plaintiff's Motion be GRANTED.

It is therefore ORDERED that Plaintiff may serve the Garza Defendants via the Texas Secretary of State and through their business email addresses.

SIGNED this _____ day of _____, 2020.

_____
THE HON. DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE